IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| DONNA HOLLINAN, | § § | |
| Plaintiff, | § § | Civil Action No. 2:18-cv-00153-RGD-RJK |
| v. | § § | |
| BLUESTEM BRANDS, INC. D/B/A FINGERHUT, | § § § | |
| Defendant. | § § § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

                                                        RESPECTFULLY SUBMITTED,

DATED: June 20, 2018

                                          By: /s/ Robert Reid Gillispie
                                             Robert Reid Gillispie, Esq.
                                             The Gillispie Law Firm, PC
                                             PO Box 6025
                                             Leesburg, VA 20178
                                             703-443-0001
                                             Fax: 703-443-1081
                                             Email: robert@gillispielaw.com
                                             Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

      I, Robert Reid Gillispie, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Bluestem Brands, Inc. d/b/a Fingerhut
7075 Flying Cloud Drive
Eden Prairie MN 55344

Dated: June 20, 2018                  By: /s/ Robert Reid Gillispie
                                          Robert Reid Gillispie, Esq.
                                          The Gillispie Law Firm, PC
                                          PO Box 6025
                                          Leesburg, VA 20178
                                          703-443-0001
                                          Fax: 703-443-1081
                                          Email: robert@gillispielaw.com
                                          Attorney for the Plaintiff