## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **DONNA HOLLINAN,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:18-cv-00153-RGD-RJK** |
| | ) | |
| **BLUESTEM BRANDS, INC. D/B/A FINGERHUT,** | ) | |
| | ) | |
| **Defendant** | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: <u>June 21, 2018</u>

BY: *<u>/s/ Robert Reid Gillispie</u>*
Robert Reid Gillispie, Esq.
The Gillispie Law Firm, PC
PO Box 6025
Leesburg, VA 20178
703-443-0001
Fax: 703-443-1081
Email: robert@gillispielaw.com
Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 21st day of June, 2018, a true and correct copy of the

foregoing pleading served via mail to the below:


**Bluestem Brands, Inc.**
**7075 Flying Cloud Drive**
**Eden Prairie MN 55344**


BY: */s/ Robert Reid Gillispie*
Robert Reid Gillispie, Esq.
The Gillispie Law Firm, PC
PO Box 6025
Leesburg, VA 20178
703-443-0001
Fax: 703-443-1081
Email: robert@gillispielaw.com
Attorney for Plaintiff